Ramzi Abadou (SBN 222567)
**LAW OFFICE OF RAMZI ABADOU**
79 Woodland Ave.
San Francisco, California 94117
Telephone: (415) 231-4313
rabadou@gmail.com

*Counsel for Michael Moore and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL MOORE, individually and on behalf of a class of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO and THE SAN FRANCISCO POLICE DEPARTMENT,<br><br>    Defendants. | Case No. 3:25-cv-11011-SK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

**TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL**:

Plaintiff Michael Moore by and through his counsel hereby give notice that the above-captioned action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 27, 2026

Respectfully submitted,

**LAW OFFICE OF RAMZI ABADOU**

By: _/s/ Ramzi Abadou_
Ramzi Abadou (SBN 222567)
LAW OFFICE OF RAMZI ABADOU
79 Woodland Ave.
San Francisco, California 94117
Telephone: (415) 231-4313
rabadou@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

_/s/_
RAMZI ABADOU

Manual Notice List:

All Defendants

City Hall, 1 Dr. Carlton B. Goodlett Place

Room 200, San Francisco, CA 94102